1  ERIK LEVIN, California State Bar No. 208274
   LAW OFFICE OF ERIK LEVIN
2  2001 Stuart Street
   Berkeley, CA 94703
3  Telephone: (510) 978-4778
   Facsimile: (510) 978-4422
4  Email: erik@erikblevin.com

5  Attorney for Defendant
   RAMON MEDINA AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-0o0-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUTIMIO REYNA-CERON, et al.,<br><br>Defendants. | CASE NO. CR 15-00579 VC<br><br>DEFENDANT RAMON MEDINA AGUILAR'S RESPONSE TO GOVERNMENT'S PROPOSED TRIAL GROUPINGS<br><br>DATE OF HEARING: DECEMBER 16, 2016<br>TIME: 10:00 A.M. |

Defendant Ramon Medina Aguilar does not object the government's proposed trial grouping, which places him in Trial Group #3, nor does he object to the proposed November 10, 2017 trial date.

Dated: December 9, 2016

                                      Respectfully submitted,

                                      */s/ Erik Levin*
                                      _____
                                      ERIK LEVIN
                                      Attorney for Ramon Medina Aguilar