UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMON MEDINA AGUILAR,<br><br>        Defendants. | Case No.   15-cr-00579-VC-4<br><br>**ORDER REQUIRING RESPONSE TO MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 797 |

      The government is ordered to file a response to the defendant's Motion for Compassionate Release within three court days of this order. In its response, even if it opposes the motion, the government must propose the release language it believes the Court should use if the motion is granted. The defendant is ordered to file a reply within two court days of the government's response. In the reply, the defendant must state whether he opposes any of the government's proposed release language, and propose alternative language if he does. The Court will then either issue a written ruling on the briefs submitted, request more information, or set a hearing.

      If the parties file motions to seal in connection with this briefing, they should note that the Court is not inclined to seal medical information that is the basis for a prisoner's request for compassionate release, unless that information is particularly sensitive. The parties can redact any particularly sensitive medical information (for example, a defendant's HIV+ status), and any medical information that is not relevant to the request for release.

      **IT IS SO ORDERED.**

Dated: March 8, 2021

_____
VINCE CHHABRIA
United States District Judge