UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>RAMON MEDINA AGUILAR,<br>        Defendant. | Case No. 15-cr-00579-VC-4<br><br>**ORDER TO REDUCE SENTENCE AND MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 797 |

The motion for compassionate release is denied. The defendant has not presented extraordinary circumstances, and in any event the section 3553(a) factors do no weigh in favor of early release.

**IT IS SO ORDERED.**

Dated: March 23, 2021

VINCE CHHABRIA
United States District Judge